Rosa G. Semple, Respondent, v. George L. Harris, Appellant.— No opinion. Hagarty, Carswell, Johnston, Adel and Lewis, JJ., concur.

Louis Swenson, Appellant, v. Hudson Pipe Nipple Manufacturing Co., Inc., Respondent.—

Close, P. J., Hagarty, Johnston, Adel and Lewis, JJ., concur.

Maynard H. Tompkins, Appellant, v. Waldo C. Tompkins et al., Defendants, and Sarah J. Sheldon et al., Defendants-Respondents.— No opinion. Present — Close, P. J., Carswell, Johnston, Adel and Taylor, JJ.

Sunshine Ulman, Respondent, v. Jane U. Hodebourg, Appellant.— No opinion. Present — Close, P. J., Hagarty, Johnston, Adel and Taylor, JJ.